An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE ESTATE OF LONNIE JOE CHADWICK, DECEASED.

No. 63564

ESTATE OF LONNIE JOE CHADWICK,
Appellant,
vs.
FRANK ELLIS AND MARY JO ELLIS,
Respondents.

**FILED**

APR 25 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

Having reviewed the parties' March 31, 2014, stipulation to dismiss this appeal, the stipulation is approved, and this appeal is hereby dismissed.

It is so ORDERED.

_____, C.J.

cc:     Hon. Gloria Sturman, District Judge
        Ara H. Shirinian, Settlement Judge
        R. Paul Sorenson
        Ellis & Gordon
        Eighth District Court Clerk

14-13434